United States District Court
Southern District of Texas
**ENTERED**
February 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD E. HICKSON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-3252 |
| § | |
| CALPINE CORPORATION, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 7th day of February, 2018.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE